Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

# UNITED STATES DISTRICT COURT
for the
District of
Division

Case No. **23-01105 SECT.A MAG.5**

(to be filled in by the Clerk's Office)

Maurice Lemuel Tyler
_____
Plaintiff(s)
(Write the full name of each plaintiff who is filing this complaint.
If the names of all the plaintiffs cannot fit in the space above,
please write "see attached" in the space and attach an additional
page with the full list of names.)

-v-

Orleans Parish District Attorney's Office (1), Attorney Robert Jenkins, Attorney Jason Rogers Williams (Dist Atty) ①
② Louisiana Supreme Court Office of Disciplinary Counsel
Chief Judge Weimer
_____
Defendant(s)
(Write the full name of each defendant who is being sued. If the
names of all the defendants cannot fit in the space above, please
write "see attached" in the space and attach an additional page
with the full list of names.)

Jury Trial: (check one)  ☑ Yes   ☐ No

3. Inga Petrovich, Esq.
4. Hon Karen K. Herman
5. Charles Plattsmein, Esq.
6. Robert Jenkins, Esq.
7. Powel Engelbers, Esq.
8. Special Agent in charge - Douglas Williams

## COMPLAINT FOR A CIVIL CASE

### I. The Parties to This Complaint

#### A. The Plaintiff(s)

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

Name: Maurice Lemuel Tyler, LSBA #25279 (Disabled under Fed (gov) (Disability status)
Street Address: 127 W 25th St. (Homeless Shelter) Jack Ryan Ry
City and County: New York
State and Zip Code: New York 10001
Telephone Number: 347-965-2493 ; 919-986-2383
E-mail Address: mauricetyler664@gmail.com

#### B. The Defendant(s)

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title (if known). Attach additional pages if needed.

U.S. DISTRICT COURT
Eastern District of Louisiana
Deputy Clerk
MAR 30 2023
TENDERED FOR FILING

✓ Fee   pauper
___ Process
X  Dktd
___ CtRmDep
___ Doc.No.

Page 1 of 5

Defendant No. 1
Name: Jason Rogers Williams (Office of the District Attorney) New Orleans District Attorney
Job or Title (if known): District Attorney, Parish of Orleans
Street Address: 619 South White Street
City and County: New Orleans
State and Zip Code: Louisiana 70119
Telephone Number: (504) 822-2414
E-mail Address (if known):

Defendant No. 2
Name: Robert Jenkins, Esq.
Job or Title (if known): Attorney at Law (my "lawyer" in staking case)
Street Address: 631 St. Charles Avenue
City and County: New Orleans,
State and Zip Code: Louisiana 70130
Telephone Number: 504-812-1999
E-mail Address (if known):

Defendant No. 3
Name: Brad (or Brian Scott) Appeals Office of the District Attorney (Orleans)
Job or Title (if known): Appeals (Post-Conviction) Orleans DA
Street Address: 619 S. White Street
City and County: New Orleans, LA
State and Zip Code: Louisiana 70130
Telephone Number: (504) 812-1999
E-mail Address (if known): bscott@orleansda.com

Defendant No. 4
Name: Office of Disciplinary Counsel of the Louisiana Attorney Disciplinary Board (whole office)
Job or Title (if known):
Street Address: 4000 S. Sherwood Forest Blvd #607
City and County: Baton Rouge
State and Zip Code: Louisiana 70816
Telephone Number: (225) 293-3900
E-mail Address (if known):

Defendants:

(1) Jason Rogers Williams
District Attorney - Orleans
619 S. White St., New Orleans, LA 70130

(2) Chief Judge Weimer
Louisiana Supreme Court
400 Royal Street
New Orleans, LA 70130

(3) Inga Petrovich
Assistant U.S. Attorney, Eastern District of Louisiana
U.S. Attny's Office
650 Poydras St Suite 1600, New Orleans, LA

(4) Hon Karen K. Herman
Louisiana Fourth Circuit Court of Appeals
400 Royal St
New Orleans, LA 70130

(5) Charles Plattsmein, ESQ; Office of the Disciplinary Counsel, LA. Attny
4000 S. Sherwood Forest Blvd
Baton Rouge, LA 70816
Disc. Bd

(6) Robert Jenkins, ESQ;
631 St. Charles Ave.
New Orleans, LA 70130

(7) Dwight Engelbers, Director
Orleans Public Defenders
2601 Tulane Ave
New Orleans, LA 70119

(8) Special Agent in Charge - Douglas Williams
F.B.I. (New Orleans Division)
2901 Leon C. Simon Dr.
New Orleans, LA 70186

(9) Office of the Orleans District Attorney
619 South White Street
New Orleans, LA 70130

(10) Office of the Disciplinary Counsel (Louisiana)
4000 S. Sherwood Forest Blvd
Baton Rouge, LA 70816

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

## II. Basis for Jurisdiction

Federal courts are courts of limited jurisdiction (limited power). Generally, only two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties. Under 28 U.S.C. § 1331, a case arising under the United States Constitution or federal laws or treaties is a federal question case. Under 28 U.S.C. § 1332, a case in which a citizen of one State sues a citizen of another State or nation and the amount at stake is more than $75,000 is a diversity of citizenship case. In a diversity of citizenship case, no defendant may be a citizen of the same State as any plaintiff.

What is the basis for federal court jurisdiction? *(check all that apply)*

☑ Federal question     ☑ Diversity of citizenship

Fill out the paragraphs in this section that apply to this case.

**A. If the Basis for Jurisdiction Is a Federal Question**

List the specific federal statutes, federal treaties, and/or provisions of the United States Constitution that are at issue in this case. The American with Disabilities Act (ADA) (all defendants, in my view); Federal Civil Rights violations; U.S. Constitution, Amendment IV, V, VI, VIII, IX; False arrest; False imprisonment; malicious prosecution; Article III

**B. If the Basis for Jurisdiction Is Diversity of Citizenship**

1. The Plaintiff(s)

   a. If the plaintiff is an individual
      The plaintiff, *(name)* Maurice Lemuel Tyler, is a citizen of the State of *(name)* New York.

   b. If the plaintiff is a corporation
      The plaintiff, *(name)* _____, is incorporated under the laws of the State of *(name)* _____,
      and has its principal place of business in the State of *(name)* _____.

   *(If more than one plaintiff is named in the complaint, attach an additional page providing the same information for each additional plaintiff.)*

2. The Defendant(s)

   a. If the defendant is an individual
      The defendant, *(name)* all defendants (#1-4), is a citizen of the State of *(name)* Louisiana. Or is a citizen of *(foreign nation)* _____.

Page 3 of 5

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

    b.     If the defendant is a corporation

        The defendant, *(name)* _____, is incorporated under the laws of the State of *(name)* _____, and has its principal place of business in the State of *(name)* _____.

        Or is incorporated under the laws of *(foreign nation)* _____, and has its principal place of business in *(name)* _____.

*(If more than one defendant is named in the complaint, attach an additional page providing the same information for each additional defendant.)*

3.     The Amount in Controversy

The amount in controversy–the amount the plaintiff claims the defendant owes or the amount at stake–is more than $75,000, not counting interest and costs of court, because *(explain)*:

I was a practicing attorney in Louisiana from 1997 - until the date of my false arrest, prosecution, conviction, etc. I've lost billions in potential income. I'm a great attorney. (Bar #25279)

### III. Statement of Claim

Write a short and plain statement of the claim. Do not make legal arguments. State as briefly as possible the facts showing that each plaintiff is entitled to the damages or other relief sought. State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

As for this part of the lawsuit, which only deals with bad (illegal) things that happened to me in Louisiana, here goes: I was falsely investigated, charged, and convicted of stalking in Orleans Parish. My mug shot was broadcast worldwide. I'm innocent of that charge. My "lawyer" (Robert Jenkins) lied & said the charges (misdemeanors) were going to be dismissed.

### IV. Relief

State briefly and precisely what damages or other relief the plaintiff asks the court to order. Do not make legal arguments. Include any basis for claiming that the wrongs alleged are continuing at the present time. Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts. Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages.

I reserve the right to supplement this damages claim as I perform additional research & further investigate this case. I seek at least $200 million in compensatory, punitive damages, in addition to possible novell claims. I've been robbed of 11 years of income as a lawyer.

My reputation is ruined worldwide.

## V. Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A. For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case–related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: 3/30/23

Signature of Plaintiff

Printed Name of Plaintiff    Maurice Lemuel Tyler

### B. For Attorneys

Date of signing:

Signature of Attorney
Printed Name of Attorney
Bar Number
Name of Law Firm
Street Address
State and Zip Code
Telephone Number
E-mail Address

## PLAINTIFF'S FACTUAL BASIS FOR FEDERAL RELIEF

1. New Orleans District Attorney's Office, POND, ET AL
Both actors, individually, and in their official capacity are liable for all damages I have suffered and will suffer in connection with my unlawful conviction for misdemeanor stalking, for which the Hon. Karen K. Herman set my bond at $100,000 and exiled me from the State of Louisiana. I filed a bar complaint her and all those involved in my unlawful arrest and prosecution. I was told by the Office of Disciplinary Counsel that they destroyed those records.
My attorney on the stalking case was Robert Jenkins, who has since been suspended for multiple ethical violations. As for me, he never saw me in jail, nor did he provide with a police report, case law or the bill of information. He also told me that my law license would be reinstated, which it hasn't been since 2012.
On that point, the Louisiana Supreme Court is violating federal law by requiring lawyers and law students to prove that they are not disable to practice law. The ADA specifically says that the relevant inquiry is whether the person is qualified to do the job. In my case, I have a distinguished career as an attorney. Many lawyers are jealous of the many high-profile cases I have been blessed to handle. I suspect that is why licensed attorney's in Louisiana never spoke out against the wrong that's been done to me and my only son by extension for over a decade.
Indeed, when I was in Judge Herman's court for my initial appearance, attorney Jason Rogers Williams, said "that's fucked up, Reese." He is now not only a federal defendant since he has failed to overturn this unlawful conviction, but he's also a witness on my behalf. The law is clear that the State of Louisiana could never prove beyond a reasonable doubt that I was guilty of crime of violence, specific intent statue known as stalking. All of the "facts" happened in a courthouse, where I was an officer of the court as a licensed attorney. I did call Inga Petrovich from my Verizon phone (504.494.0874) and ask her out on a date. She said she was engaged and I left it at that until I texted her early one morning while drunk and said, "sorry wrong number."
I remember all of this now because I am no longer drinking heavily while on very dangerous psychotropic drugs. I have also been living in homeless shelters on and off since Judge Herman and other members of law enforcement forced me to leave my home in Metairie, Louisiana. I have numerous witnesses to substantiate everything I have said.
Robert Jenkins should have never moved for a competency hearing since to do so was stupid since I obviously know my rights as a practicing criminal defense attorney. He even hired me to do cases for him. Another question is how did my bogus case come before Judge Herman when she was friends with Inga Petrovich in the sense that Ms. Petrovich used to work in Judge Herman's section. Robert Jenkins should have recused her and the whole Orleans District Attorney's Office who was looking for any opportunity to get back at me for beating them as a Supervising Public Defender (undefeated at trail) and in numerous high-profile cases such as State v. Josey Moore, State v. Henry LaCour IV and State v. Michael Anderson. Judge

Herman was a former prosecutor and never liked me, although she did like Jason Rogers Williams, who kissed her on the cheek in open court, which I put in my application for post-conviction relief. She promptly recused herself and the next thing I know the FBI is calling me and serving me with a restraining order for stalking Judge Karen K. Herman, which is silly because I just exposed her hypocrisy.

I have sued the Louisiana Supreme Court and the Office of Disciplinary Counsel because the state statue they are relying on regarding my attempt to get my law license activated is illegal on its face; among other things, it's burden shifting and unconstitutional and unrealistic in terms of the realities of how a mental health diagnosis works in this nation. In short, no doctor is going to say that a "disable" has been "removed." Instead, they believe that mental illness is genetic and incurable, just manageable. Of course, those medical doctors have a profit motive for saying that which I plan on fully exposes. Of course there is a cure for "mental illness" without doctors, it's called therapy and reading the Bible. More on that latter. The Office of Disciplinary Counsel and the Louisiana Supreme Court are both discriminators and it's time for them to face the music in court. They were told by the U.S. Department of Justice to stop doing this but they still do it. They believe they are above the law. This lawsuit will tell whether they are right.

Finally, I will be suing the FBI for having me on the TOP 50 most wanted list for misdemeanors–so unfair, so political, so racist.

1. All doctors, nurses, jails, pharmacies, police departments, and hospitals, homeless shelter, AOT programs, etc., will all be sued by me because, among other things, I am not "mentally ill." Rather, I was a drunk who was misdiagnosed, like a lot of people, both black and white, especially poor people. Time for justice. By for now. More coming tomorrow. Oh, the Orleans Public Defenders Office is also being sued for unlawful termination under the ADA act, among other violations soon to be discovered when I read all applicable law. This document is about facts. OPD hired me, promoted me, let me help hire others, and then fired me when I got ill.